

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2014

No. 04-14-00439-CV

**D&J ALEXANDER MANAGEMENT, LP**,
Appellant

v.

Raymond S. **DE LEON**, II, Trustee of The Delfina & Josefina Alexander Family Trust,
Appellee

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2013-PBA-000133 L2
Honorable Jesus Garza, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are assessed against appellants.

It is so **ORDERED** on October 15, 2014.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of October, 2014.

Keith E. Hottle, Clerk